IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHAEL LEE CONN                                                                              PLAINTIFF

V.                                CASE NO.: 5:14-CV-5278

PATROL DEPUTY BRETT THOMPSON; SERGEANT
MISTY CHARLES; DEPUTY TYRONE CURTIS; CORPORAL
DANIEL HOLIDAY; DEPUTY ANDREW GRAHAM;
DEPUTY REESE; and DEPUTY YATES                                          DEFENDANTS

ORDER

Comes on for consideration the Report and Recommendation (Doc. 29) filed in this case on July 15, 2015, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED** with the following modification: Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to obey a Court Order (Doc. 25) and for failure to prosecute. All other pending motions are **DENIED AS MOOT.**

IT IS SO ORDERED on this 6th day of August, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE